```
                                                F I L E D
                                          UNITED STATES DISTRICT COURT
                                                DENVER, COLORADO

                                                 JAN 04 2018

         IN THE UNITED STATES DISTRICT COURT    JEFFREY P. COLWELL
              FOR THE DISTRICT OF COLORADO               CLERK
```

Civil Action No. _____
                    (To be supplied by the court)

_Everett Miles Klomann_____, Plaintiff

v.

_(Amy Wren) Park County D.A._____,

_Park County Jail, Sheriffs Department_,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.* I.D. # 0026312

Everett Miles Klomann - Park County Jail - P.O. Box 965 Fairplay, Co. 80440 D-Pod
(Name, prisoner identification number, and complete mailing address)

NONE
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Amy Wren - Park County District Attorney,
(Name, job title, and complete mailing address)
300 Fourth St. P.O. Box 1206, Fairplay, Colorado 80440

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

Amy Wren was responsible as acting district attorney to file charges in my case, held for 45 days with no charges filed.

Defendant 1 is being sued in his/her ___ individual and/or X official capacity.

2

Defendant 2: <u>Park County Jail, Sheriff's department. 1180 Park</u>
(Name, job title, and complete mailing address)
<u>County Rd 16, Fairplay, Colorado 80440</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

<u>All complaints (21) total, are from sheriff deputies</u>
<u>under employment at the Park County Jail facility - Fairplay, Colorado.</u>

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

C.  **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

### E.  PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____


### F.  ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Denied Due Process by Park County D.A., Sheriff Department.</u>

Supporting facts: Additional Lined Paper Attached - Thank You.

4

P-①

## (D. Statement of Claims.)

**Claim ①**

I, Everett Miles Klomann, was arrested on July 8, 2017 on felony case 2017CR62. I was placed in Park County Jail, and the next day I went in front of Judge Greene for an initial appearance. I was denied a proper advisement, 16-7-207, and I was not informed of my right to have a preliminary hearing within a certain amount of time. There has been month after month of unnecessary delay, in violation of 16-1-103, court structure and objectives, and my constitutional right to a fair due process has been violated.

On my second court appearance, August 7, 2017, I heard honorable Judge Groome ask Amy Wren of Park County District Attorney's office if she had filed charges yet in my case, and she stated "NO". He then said, you need to hurry up and get charges filed in this matter, but she still neglected to file any charges until August 23rd, 2017, (45) days after my initial day of incarceration. I asked my public defender, Sam Weinman, to file a motion to dismiss, and he refused. Then he quit my case, with no notification to me. I then recieved Daniel Zettler, also of Salida public defenders, and I asked him about doing something about the D.A's neglect in my case. He stated that Sam Weinman had dropped the ball, I should have done something a long time ago, and ultimately he filed a motion to withdraw from my case as well, no notice.

I find this violative of my rights to a fair Due Process.

**Claim ②**

Since July 8, 2017, I have not had one piece of paper information on my case, no notice of extension for filing of charges, and no copy of formal indictment, violating my right to information.

D. Statement of Claims - Page 2.

Claim ③   Park County Jail - Sheriff Department Profiling, Discrimination.

These next 21 claims are all based upon the actions of the deputies of Park County Jail, and I claim that they have profiled me by my looks, tattoos and hearsay about me. Also, they have discriminated against me because of the nature of my criminal charges, and treated me differently because of. All 21 of these claims are backed by copies of my Inmate Request Forms in the Park County Jail.

Claim ④   Starting on 7-8-2017, upon my arrest by Park County Sheriff department, I was not read my miranda rights, and then questioned about a firearm that I ended up being charged with. I was called a "scumbag" and a dirtbag by a deputy. Request bodycam video for evidence in this claim. 7-8-17.

Claim ⑤   Upon arrival at Park Jail, 7-8-2017, I was booked in and not given my right to an intitial phone call to contact family or a lawyer.

Claim ⑥   On 7-18-17, I requested use of the Law Library through an inmate request form. I was denied use of the Law library by Corporal J. Cloud. He stated law library is for pro-se inmates only, but in the jail bulletin board in each pod, it clearly states we can use the law library whenever we need.

Claim ⑦   On 7-19-17, I submitted an inmate request form asking to have my right to an initial phone call, stating it was a right of mine. Corporal J. Cloud said I could have a call " Just ask a deputy". I asked at least ⑤ times, and finally gave up trying almost a month later, on 8-16-17.

Claim ⑧   On 7-19-17, I submitted an Inmate request form complaining about the presence of black mold in the showers of F-Pod in the Park Jail. Corporal J. Cloud responded by saying " maybe you should do a better job cleaning next time", but I was not a "pod porter", and the mold was very signifigant.

## D. Statement of Claims - Page 3.

**Claim 9** On 8-8-17, I requested to use the law library for the second time, and officer Ledvina replied saying "NOTED", but I was not allowed to use the law library for the 2nd time.

**Claim 10** On 8-12-17, I submitted a concern through an inmate request form about not being able to contact my public defender in the Salida office. I had been in jail 40 days or so at this point, with 0 contact over the phone with my attorney. On 8-14-17, Sgt. P. Cooper responded to my complaint saying "the public defenders call up here a couple of times a week". "If you are not satisfied by that, you can write them a letter". This was not true, leaving me without contact.

**Claim 11** On 8-15-17, I submitted a request form asking to use the law library for the third time. I stated "Denial of this request is a direct violation of my rights". Officer Warren denied me use of law library on 8-15-17, stating "Law library is for pro-se inmates only". On the same request form, Corporal J. Cloud stated "You are allowed to go one day a week". He said to schedule a time with a floor deputy, but only a month previously he denied me law library, completely contradicting himself.

**Claim 12** On 8-16-17, I submitted an inmate request form stating "Park County Jail has continued to violate my constitutional rights, with no regard to the basis of court process and procedure". "I now ask politely, for the 4th time, to have access to the law library". These denials of access to the law library will be part of my civil complaint against Park County Jail." The jail made no response to my request form on 8-16-17.

**Claim 13** On 8-17-17, I complained to Corporal J. Cloud via an inmate request form about my phone call denial, rights violations and in general my requests for law library and for the jail to do something about not being able to contact my lawyer. I also complained about being held for 45 days with no (over) P.4

D. Statement of Claims - Page 4.

Claim ⑬ charges filed. On 8-18-17, Corporal J. Cloud has sent me a letter from the jail saying he would be happy to tell me what my charges were, even though charges were not filed until 5 days later on 8-23-17. He basically made excuses for his deputies behavior and ignored me.

Claim ⑭ On 8-31-17, I asked for some legal copies, and to be able to use the inmate law library. Officer L. Grenda denied my request for legal copies and also my request for the law library, even though it clearly states on the bulletin board in the jail that we may request copies at a charge of 10 cents each. This was my 5th denial for law library.

Claim ⑮ On 10-19-17, I submitted an inmate request form to Ms. Jones, who is supposed to be our caseworker. She purposely gave me the wrong paperwork for a civil action that I had requested, and when I asked for a few minutes of her time, I was ignored, and she refused to help me in any way.

Claim ⑯ On 10-20-17, I submitted an inmate request form to Captain Dan Muldoon, complaining about being held with no charges filed, and stated that in Arizona, where I am from, the D.A. only had 72 hours to file charges. He replied on 10-23-17, "you are not in Arizona, we are not releasing you, have a nice day!"

Claim ⑰ On 10-20-17, Caseworker Jones came into B-Pod at Park Jail. I asked for her help again through an inmate request form, and I needed the name and address of the Park County D.A. She refused to respond to my request, or give me further help.

Claim ⑱ On 10-23-17, I submitted an inmate request form to Caseworker Jones asking for help, and for the proper civil paperwork so I could file my lawsuit. She completely ignored me.

Claim ⑲ On 10-24-17, Caseworker Jones came into B-Pod, and I asked her where I needed to file my civil complaint. She stated "I don't know, I'm not a lawyer," laughed at me, and then left."

## D. Statement of Claims- Page 5.

**Claim 20**  On 11-3-17, I submitted an inmate request form asking for the Federal Law books in the Law library to be updated. The books are from 2009, and the whole section on the rules of Due process was suspiciously missing. When I complained about the condition of the books, I was told to "Contact my lawyer", even though I had made it clear that I could not contact my lawyer in Salida because of the situation with the jail phones.

**Claim 21**  On 11-21-17, in an attempt to complete civil paperwork that I finally had sent in through my sister, I asked Captain Dan Muldoon to sign my verification of my balance in the jail so I could file my civil complaint in forma pauperis, and he denied my request. I asked officer Lowing, and he stated that he did not want to get involved. I needed the signature in request for filing in the district Court, and because of my intent, I was denied cooperation in this matter.

**Claim 22**  On 11-30-17, I was told by officer Lowing that our use of the law library had been suspended indefinitely. I asked why, and he said that he did not know. I have a case set for trial on April 16, 2017, and I have no way to study the law so I can procure a fair and decent defense.

**Claim 23**  Park County Jail deputies have made daily efforts to deny me a fair due process, access to information and have treated me different because of my looks, the fact that I am from Arizona, and the nature of my charges. They have harassed me, profiled me, denied me work because of my tattoos, and in general treated me differently. I have even been called an asshole, booked in on hearsay charges and have had inmate informants around me constantly, placed by jail deputies to harm my legal situation. Their behavior is unacceptable.

THANK YOU.

D. Statement of Claims.  Page 6

Claim 24)   I have made a legitimate claim about the Park County Jail deputies and their behavior. On or about December 20, 2017, I submitted (two) final grievances about my complaints of being held with no charges filed, and also a grievance to Sgt. P. Cooper, asking him why he thought it was appropriate to slander me to another inmate. It has been 10 days now, and I have not recieved a response from Captain Dan Muldoon, or Sgt. P. Cooper about my concerns. I know for a fact that one of my previous grievance forms was thrown away, and I want to make it a matter of record that I believe my other 2 have been thrown away as well.

These grievance forms were very specific in complaint, and I do believe at this point I have made all efforts that I can and I have exausted all institutional remedy and procedure.

The nature of this complaint is about Sgt. P. Cooper, and how he approached Ernest Glenn Brown while Brown was in segregation in Park County Jail. He told Inmate Brown that he didn't like me, and wanted to know if Brown had any information about my case. This is above and beyond his responsibility as a county jail deputy, and Brown and myself are co-defendents. Also, during Ernest Brown's 37 days in segregation, Dephuty Warren, who happens to be Sgt. P. Cooper's wife or girlfriend, came to Inmate Brown's cell a few times in attempt to slander myself. She stated that she hated me, and would do anything to see me get put into lockdown. I have A signed statement by Ernest Glenn Brown, stating the facts of this complaint, and he is also willing to come to a court hearing and testify as a witness.

Page 6 of the Park County Jail Inmate handbook clearly states that we have the right to freedom from harassment, personal abuse, and the right to freedom from discrimination. Also, the right to pursue a grievance in accordance with written procedure. I have not been given any of these things. Thank you.

### G.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

(1) Additional Page Attached - G. Request for Relief. Thank You.

### H.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Everett M. Klanann_
(Plaintiff's signature)

_12-18-2017_
(Date)

(Form Revised December 2017)

6

①

## (G. Request For Relief.)

I, Everett Miles Klomann, do hereby beseech this Honorable District Court in the great state of Colorado for relief in the form of dismissal of Felony case 2017CR62.

I was held illegally in Park County Jail for 45 days with no charges filed against me, denied proper advisement, given 0 information on my case in paper form, and repeatedly was discriminated against by Park County jail deputies. I have been denied a constitutional due process and the right to a preponderance of innocence.

I respectfully ask the court for a dismissal of my felony case, a proper reprimand to Park County District Attorney Amy Wren for her careless actions against me, and a written formal apology from Park County Sheriff's Department for profiling, slander and the 21 times they chose to violate my constitutional and civil rights for a fair due process.

Also, I ask for $250,000 in compensation for duress, illegal incarceration, profiling and general harassment by Park County Jail deputies, only because of how I look, and the nature of my criminal charges. By which, I was supposed to be considered innocent until proven guilty thereof.

Article 6, clause 2 of the United States Constitution states," Quoted" "The constitution and the laws of the United States shall be the Supreme Law of the land; and the judges in every state shall be bound thereby any "thing" in the constitution".

I respectfully submit this true statement of civil nature to the court, and thank the court for the consideration of my rights to a fair due process. Thank you very much!

Everett M. Klomann
Everett M. Klomann