"LEGAL MAIL"

Everett Miles Klomann
Park C[ ]
P.O. Box 965 D-POD
Fairplay, Colorado
80440

U.S. District Court - District of Colorado
Office of the Clerk
Alfred A. Arraj - U.S. Courthouse
901 19th Street Denver, Colorado
80294

"LEGAL MAIL"

"LEGAL MAIL"

"LEGAL MAIL" - PLEASE NOTIFY IF TAMPERED WITH - "LEGAL MAIL"