```
                                                    F I L E D
                                              UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO

                                                    JAN 04 2018
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO         JEFFREY P. COLWELL
                                                                CLERK
```

Civil Action No. _____
                      (To be supplied by the court)

__Everett Miles Klomann_____, Applicant,

v.

__Amy Wren, Park County District Attorney__
__Park County Sheriff's Office / Jail Facility__, Respondent(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
IN A HABEAS CORPUS ACTION**

---

      I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have __$0.00__ in my prison account.
          (amount)

(Rev. 4/15/02)

4.  My other assets and their value are listed below: (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

    No assets, monies or accounts. Thank you.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  12-18-2017
              (Date)

_Everett M. Klamann_
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

(Rev. 4/15/02)                             2