```
                                                        FILED
                                              UNITED STATES DISTRICT COURT
                                                  DENVER, COLORADO

                                                    JAN 04 2018
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO         JEFFREY P. COLWELL
                                                               CLERK
```

Civil Action No. _____
(To be supplied by the court)

Everett Miles Klomann , Plaintiff,

v.

(Amy Wren), Park County D.A.
Park County Sherriff's Department, and
or Park County Jail facility. , Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   A civil action stating discrimination by Park County Sherriff's office, profiling and denial of preponderance of Innocence. Also a Due Process violation. Held in Park County Jail for (45) days without charges being filed on me. July 8, 2017 to August 23, 2017.

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   No assets, monies or accounts. Thank you.

5. Are you in imminent danger of serious physical injury?

   ___ Yes  ✓ No  (CHECK ONE). If you answered yes, briefly explain your answer:

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   12-18-2017
                    (Date)

                                    *Everett M. Klamann*
                                    (Prisoner's Original Signature)

(Rev. 10/01/12)                      2

## AUTHORIZATION

I, Everett M. Klomann, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): Everett M. Klomann

Prisoner Signature: Everett M. Klomann

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: Everett M. Klomann

Signature of Authorized Prison Official: Refused

Date: 12-18-2017

I, Everett M. Klomann, asked the deputies of Park County Jail to sign my verification of inmate account balance. They refused, saying they would not get involved. I am forced to submit without signature, and for which I apologize and ask the courts to please submit my civil complaint without. My balance is $0.00, and I am indigent. Thank you.

Signed- 12-18-2017
Everett M. Klomann
Everett M. Klomann

Date : 12/20/2017

# Account Activity Ledger

Time : 00:45

From: 06/01/2017 To: 12/20/2017

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | BALANCE Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 0026312 | | **Name** KLOMANN, EVERETT MILES | | **Block** | | | | **Previous Balance** | 0.00 |
| 07/09/2017 | 11:36 | B#60049 | 186350 | Deposit | | 0.00 | | | 0.00 |
| **Comment** Initial Entry | | | | | Cash | | | **User** CLOWING | |
| 07/09/2017 | 11:37 | B#60050 | 186351 | Debt Incur | | | | 30.00 | |
| **Comment** INCUR: Booking Fee for County Inmates | | | | | Transfer | | | **User** CLOWING | |
| 07/09/2017 | 12:57 | B#60053 | 186357 | Debt Incur | | | | 10.00 | |
| **Comment** INCUR: DNA Kit | | | | | Transfer | | | **User** CLOWING | |
| 07/17/2017 | 00:07 | B#60242 | 186923 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 07/24/2017 | 00:18 | B#60399 | 187383 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 07/24/2017 | 19:49 | B#60422 | 187427 | Debt Incur | | | | 3.70 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 07/31/2017 | 01:15 | B#60572 | 187827 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 08/07/2017 | 02:43 | B#60735 | 188305 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 08/14/2017 | 01:17 | B#60909 | 188773 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 08/16/2017 | 22:20 | B#60971 | 188966 | Deposit | | 7.00 | | | 7.00 |
| **Comment** Payroll | | | | | Payroll | | | **User** JCLOUD | |
| 08/16/2017 | 22:20 | B#60971 | 188967 | Withdrawal | | | -7.00 | | 0.00 |
| **Comment** Booking Fee for County Inmates | | | | | Transfer | | | **User** JCLOUD | |
| 08/23/2017 | 22:17 | B#61120 | 189394 | Deposit | | 7.00 | | | 7.00 |
| **Comment** Payroll | | | | | Payroll | | | **User** JCLOUD | |
| 08/23/2017 | 22:17 | B#61120 | 189395 | Withdrawal | | | -7.00 | | 0.00 |
| **Comment** Booking Fee for County Inmates | | | | | Transfer | | | **User** JCLOUD | |
| 08/27/2017 | 09:31 | B#61175 | 189577 | Debt Incur | | | | 5.00 | |
| **Comment** INCUR: Haircut | | | | | Transfer | | | **User** TWILCOX | |
| 08/31/2017 | 00:54 | B#61251 | 189796 | Deposit | | 7.00 | | | 7.00 |
| **Comment** Payroll | | | | | Payroll | | | **User** JCLOUD | |
| 08/31/2017 | 00:54 | B#61251 | 189797 | Withdrawal | | | -7.00 | | 0.00 |
| **Comment** Booking Fee for County Inmates | | | | | Transfer | | | **User** JCLOUD | |
| 09/04/2017 | 19:03 | B#61339 | 190011 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 09/10/2017 | 23:58 | B#61481 | 190465 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |
| 09/18/2017 | 00:05 | B#61662 | 190977 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | **User** DLEDVINA | |

Date : 12/20/2017
Time : 00:45

# Account Activity Ledger

From: 06/01/2017 To: 12/20/2017

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 0026312 | | **Name** KLOMANN, EVERETT MILES | | | **Block** | | | **Previous Balance** | |
| 09/24/2017 | 23:41 | B#61846 | 191453 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User DLEDVINA | |
| 09/27/2017 | 23:54 | B#61927 | 191644 | Deposit | | 7.00 | | | 7.00 |
| **Comment** Payroll | | | | | Payroll | | | User JCLOUD | |
| 09/27/2017 | 23:54 | B#61927 | 191645 | Withdrawal | | | -7.00 | | 0.00 |
| **Comment** Booking Fee for County Inmates | | | | | Transfer | | | User JCLOUD | |
| 10/01/2017 | 23:54 | B#61986 | 191875 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User DLEDVINA | |
| 10/05/2017 | 01:34 | B#62107 | 192158 | Deposit | | 7.00 | | | 7.00 |
| **Comment** Payroll | | | | | Payroll | | | User JCLOUD | |
| 10/05/2017 | 01:34 | B#62107 | 192159 | Withdrawal | | | -2.00 | | 5.00 |
| **Comment** Booking Fee for County Inmates | | | | | Transfer | | | User JCLOUD | |
| 10/05/2017 | 01:34 | B#62107 | 192161 | Withdrawal | | | -5.00 | | 0.00 |
| **Comment** DNA Kit | | | | | Transfer | | | User JCLOUD | |
| 10/09/2017 | 00:19 | B#62196 | 192393 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User DLEDVINA | |
| 10/16/2017 | 01:55 | B#62414 | 192999 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User PLEDVINA | |
| 10/20/2017 | 17:59 | B#62561 | 193499 | Debt Incur | | | | 0.60 | |
| **Comment** INCUR: misc fee | | | | | Transfer | | | User CLOWING | |
| 10/23/2017 | 00:15 | B#62633 | 193643 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User KMARTIN | |
| 10/30/2017 | 01:17 | B#62832 | 194155 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User PLEDVINA | |
| 11/05/2017 | 09:08 | B#63071 | 194863 | Debt Incur | | | | 5.00 | |
| **Comment** INCUR: Haircut | | | | | Transfer | | | User DLEDVINA | |
| 11/06/2017 | 20:14 | B#63133 | 194993 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User BHOWERTON | |
| 11/13/2017 | 19:32 | B#63311 | 195541 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User BHOWERTON | |
| 11/14/2017 | 13:20 | B#63345 | 195627 | Debt Incur | | | | 30.00 | |
| **Comment** INCUR: Booking Fee for County Inmates | | | | | Transfer | | | User JCLOUD | |
| 11/20/2017 | 20:41 | B#63510 | 196079 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User BHOWERTON | |
| 11/26/2017 | 23:30 | B#63623 | 196725 | Debt Incur | | | | 1.85 | |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User KMARTIN | |
| 12/03/2017 | 08:21 | B#63778 | 198165 | Debt Incur | | | | 5.00 | |
| **Comment** INCUR: Haircut | | | | | Transfer | | | User TWILCOX | |

Date : 12/20/2017
Time : 00:45

## Account Activity Ledger

From: 06/01/2017 To: 12/20/2017

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | BALANCE Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 0026312 | | **Name** KLOMANN, EVERETT MILES | | | **Block** | | | **Previous Balance** | |
| 12/04/2017 | 19:20 | B#63856 | 198343 | Debt Incur | | | | | 1.85 |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/10/2017 | 23:22 | B#64011 | 198901 | Debt Incur | | | | | 1.85 |
| **Comment** INCUR: Mail paks | | | | | Transfer | | | User | PLEDVINA |
| 12/11/2017 | 20:56 | B#64052 | 198990 | Deposit | | 100.00 | | | 100.00 |
| **Comment** | | | | | Money Order # | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 198991 | Withdrawal | | | -5.00 | | 95.00 |
| **Comment** DNA Kit | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 198993 | Withdrawal | | | -1.85 | | 93.15 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 198995 | Withdrawal | | | -1.85 | | 91.30 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 198997 | Withdrawal | | | -3.70 | | 87.60 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 198999 | Withdrawal | | | -1.85 | | 85.75 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199001 | Withdrawal | | | -1.85 | | 83.90 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199003 | Withdrawal | | | -1.85 | | 82.05 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199005 | Withdrawal | | | -5.00 | | 77.05 |
| **Comment** Haircut | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199007 | Withdrawal | | | -1.85 | | 75.20 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199009 | Withdrawal | | | -1.85 | | 73.35 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199011 | Withdrawal | | | -1.85 | | 71.50 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199013 | Withdrawal | | | -1.85 | | 69.65 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199015 | Withdrawal | | | -1.85 | | 67.80 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199017 | Withdrawal | | | -1.85 | | 65.95 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199019 | Withdrawal | | | -1.85 | | 64.10 |
| **Comment** Mail paks | | | | | Transfer | | | User | KMARTIN |
| 12/11/2017 | 20:56 | B#64052 | 199021 | Withdrawal | | | -0.60 | | 63.50 |
| **Comment** misc fee | | | | | Transfer | | | User | KMARTIN |

# Account Activity Ledger

Date : 12/20/2017
Time : 00:45

From: 06/01/2017 To: 12/20/2017

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 0026312 | | **Name** KLOMANN, EVERETT MILES | | Block | | | | **Previous Balance** | 63.50 |
| 12/11/2017 | 20:56 | B#64052 | 199023 | Withdrawal | | | -1.85 | | 61.65 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199025 | Withdrawal | | | -1.85 | | 59.80 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199027 | Withdrawal | | | -5.00 | | 54.80 |
| **Comment** Haircut | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199029 | Withdrawal | | | -1.85 | | 52.95 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199031 | Withdrawal | | | -1.85 | | 51.10 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199033 | Withdrawal | | | -30.00 | | 21.10 |
| **Comment** Booking Fee for County Inmates | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199035 | Withdrawal | | | -1.85 | | 19.25 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199037 | Withdrawal | | | -1.85 | | 17.40 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199039 | Withdrawal | | | -5.00 | | 12.40 |
| **Comment** Haircut | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199041 | Withdrawal | | | -1.85 | | 10.55 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/11/2017 | 20:56 | B#64052 | 199043 | Withdrawal | | | -1.85 | | 8.70 |
| **Comment** Mail paks | | | | | | Transfer | | **User** KMARTIN | |
| 12/13/2017 | 18:30 | I#44171 | | Invoice | 2.00 | | | | 6.70 |
| **Comment** Sales Transaction | | | | | | | | **User** CAPS# | |
| 12/16/2017 | 18:35 | B#64168 | 199519 | Debt Incur | | | | 1.20 | |
| **Comment** INCUR: misc fee | | | | | | Transfer | | **User** CLOWING | |
| 12/16/2017 | 18:35 | B#64168 | 199521 | Withdrawal | | | -1.20 | | 5.50 |
| **Comment** misc fee | | | | | | Transfer | | **User** CLOWING | |
| 12/18/2017 | 05:22 | I#44276 | | Invoice | 5.34 | | | | 0.16 |
| **Comment** Sales Transaction | | | | | | | | **User** ODHB# | |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 7 | For $ | 135.00 |
| **Withdraws** | 34 | For $ | -127.50 |
| **Invoices** | 2 | For $ | 7.34 |
| **Savings Balance** | | $ | 0.00 |
| **Bond Balance** | | $ | 0.00 |

Page : 4