IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00026-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

EVERETT MILES KLOMANN,

    Plaintiff,

v.

(AMY WREN) PARK COUNTY D.A., and
PARK COUNTY JAIL, SHERIFFS DEPARTMENT,

    Defendants.

---

### ORDER GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff, Everett Miles Klomann, is a pretrial detainee at the Park County Jail in Fairplay, Colorado.   Plaintiff has submitted a Prisoner Complaint (ECF No. 1) asserting a deprivation of his constitutional rights pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. Plaintiff has filed a Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4).

Based on the information concerning Plaintiff's financial status contained in the Motion and Affidavit, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee."   28 U.S.C. § 1915(b)(1).   If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing

1

fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid.   However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."   28 U.S.C. § 1915(b)(4).

Plaintiff may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments regardless of the outcome of this action.   Plaintiff has consented to disbursement of partial payments of the filing fee from his prison account. (ECF No. 4 at 3).   Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4) is GRANTED.   It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee.   It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to this prison account until Plaintiff has paid the total filing fee of $350.00.   *See* 28 U.S.C. §1915(b)(2).   Interference by Plaintiff in the submission of these funds will result in the dismissal of this action.   It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.   *See* 28 U.S.C. §1915A(b); 28 U.S.C. § 1915(e)(2).   It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to the Business Office, Attn: Inmate Accounts, at the Park County Jail in Fairplay, Colorado. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.   It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court.   It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 3) is not a proper filing in this matter and is therefore denied as moot.

DATED January 4, 2018, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge