IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-00026-GPG (Amended Complaint)
(To be supplied by the court)

EVERETT MILES KLOMANN, Plaintiff

v.

DAN MULDOON, Jail Administrator, Captain at Park County Jail Facility

_____,

_____,

_____, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 01 2018

JEFFREY P. COLWELL
CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Everett Miles Klomann, ID#0026312, Park County Jail
(Name, prisoner identification number, and complete mailing address)

P.O. Box 965, D-Pod, Fairplay-Colorado, 80440
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other: *(Please explain)* _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Dan Muldoon, Captain-Jail Administrator
(Name, job title, and complete mailing address)

1180 Park County Rd 16, Fairplay, Colorado - 80440

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ☑ Yes ☐ No *(check one)*. Briefly explain:

He is the Captain at Park County Jail. As jail administrator, he was responsible for my release from custody, which he ignored.

Defendant 1 is being sued in his/her ☐ individual and/or ☑ official capacity.

2

Defendant 2: **N.A.**
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: **N.A.**
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) **N.A.**

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Violation of Due Process through Illegal Incarceration.</u>

Supporting facts:

This complaint originates on grounds of a constitutional violation of my right to a fair due process. I, Everett Miles Klomann, was arrested on July 8, 2017. I was held in Park County Jail for investigation and also was held on a $50,000 cash only bond. After 72 hours, Amy Wren of Park County District Attorneys office failed to file charges, or request an extension of time for filing charges. Charges were not filed in state case 2017CR62 until 45 days later, on August 23rd, 2017, and I was held in custody at Park County Jail during this time. This unlawful incarceration violated my right to information in a felony case and to be made aware of the nature and cause of criminal charges in a felony case. Holding a person on indeterminate charges for an indeterminate amount of time is violative of due process. When I asked Dan Muldoon, administrator of Park County Jail about my illegal hold for 45 days, he refused to admit any wrong doing. I am asking the court to grant relief in this case for an irreparable harmful error, and request dismissal of felony charges in case 2017CR62 and also any financial remedy I am entitled under statute. I should have been released, then re-arrested later on. I was harmed by illegal incarceration, lack of information.

I have requested relief in the local district court, and they do not admit any error. The status of case 2017CR62 is that is has been put on hold as of January 29th, 2018, pending a hopeful intervention by the United States District Court.

The unconstitutional municipal policy of Park County Jail is the denial to me for the use of the Inmate Law Library, even though on page 19 of the Rulebook, it clearly states that pro-se Inmates may use the law Library. The direct causal link between the policy and the injury to me is Captain Dan Muldoon refusing me access to the Law Library, only because he is aware of my intent to study case law, civil procedure and file a lawsuit against wrongdoing here in the Park County Jail. It shows a direct malicious intent to violate my due process rights.

I wish to overcome the presumption of abstention in my civil complaint by the presentation of an irreparable injury to Everett M. Klomann by Illegal Incarceration in Park County Jail and also an abuse of prosecutorial discretion by Amy Wren (Park County D.A) violating my rights to Due Process, July 8 to August 23, 2017.

(2 Copies of Inmate Handbook Included for factual Basis. Thx.)

THANK YOU SIR.

D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM TWO: Factual Basis For Federal Intervention/Case 2017CR62
Abuse of Prosecutorial Discretion, attempted unvalid conviction by Amy Wren.
Supporting facts:

In claim two, I shall attempt to overcome the bar of Younger Abstention by providing factual basis for my request of Federal intervention in the local Park County District Court. On 7-8-17, I was not given a legal advisement by Judge Green according to state law under rules of criminal proceedings, 16-7-207. On 8-7-17, Judge Stephen groome specifically told Park County D.A. Amy Wren to "Hurry up and file charges" and "this seems like a good case", violating the rules of court procedure by "Practicing from the bench", and biasly coaching D.A. Amy Wren. My charges were not filed until 45 days after my arrest, and even though I was illegally incarcerated in Park County Jail at this time, Amy Wren is still attempting to prosecute an unvalid conviction, offering me 8-16yrs as an indeterminate sentence. I believe this depicts a discrimination of suspect class, an abuse of prosecutorial discretion, and an irreparable harmful error. My liberty was taken illegally and the local district court does not want to admit wrongdoing. I request court stenography for my first 2 court proceedings as factual basis. Because of these facts, the denials for use of the Law Library at Park County Jail, and the fact that I am still incarcerated after these harmful circumstances, I do respectfully ask the Federal Court for a fair intervention. I believe this factual basis complaint about a fair Due Process to overcome the bar of abstention.

THANK YOU SIR.

4

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  N.A. SAME complaint - Amended.

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I, Everett Miles Klomann, respectfully ask this Honorable district court to please provide relief in case #2017CR62. I have submitted a factual claim about misconduct, a violation of constitutional due process and unlawful incarceration in Park County Jail, Fairplay Colorado. As of the date of this submission of complaint to the court, I have been incarcerated for 195 days. I ask for relief in the form of a dismissal of all charges in state case 2017CR62, release from custody, and any monetary amount that is accurate and lawful under statute for my illegal incarceration, to date to be decided by the court. Dismissal with prejudice. ((CHARGES NOT TO BE RE-FILED, PLEASE))  THANK YOU SIR.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Everett M. Klomann*
(Plaintiff's signature)

1-19-18
(Date)

(Form Revised December 2017)

6

23. <u>At times the Facility conducts tours for various groups.  If you wish not to be seen during a tour group, it is your responsibility to go to your cell or turn your back while the tour is present.</u>

24. <u>All items issued to you must be stored in your property bag or in your property box.  Photographs may be displayed on your shelves only.</u>

25. ICE detainees may submit requests/concerns directly to ICE agents by filling out a Kite and addressing it to ICE and placing it in the pod mailbox.  These forms will be promptly delivered to an ICE agent.  Staff assistance is available upon request.  For confidential requests you may place the form in a sealed envelope addressed to ICE.

*PER LAWSUIT*

You have the right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage, and harassment; the ☆ right of freedom from <u>discrimination</u> based on race, religion, national origin, sex, handicap, or political beliefs; the right to pursue a grievance in accordance with written procedures; the right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility (and the right to due process,) including the prompt resolution of a disciplinary matter (in accordance with the rules, procedures, and sanctions provided in this handbook).  *Denied Basic Rights*

## INTAKE AND CLASSIFICATION

You will be classified for assignment to a housing unit.  This assignment is based on several factors, including your current charge(s), previous criminal history, and whether you are sentenced or are pre-sentenced, you're governing entity and your behavior during the incarceration process.  <u>If you wish to appeal your classification status you must send a kite to the Case Manager stating you reasons for wanting re-classification.</u>

### Brief Overview of the Classification System

The classification system used in this facility is the DOC Classification Criteria, and ICE Classification Standards.  These point scales takes into consideration an inmate's past criminal history and current charges.  Other items factored when being classified are as follows:

1. Your behavior
2. Your medical needs
3. Your safety
4. Your level of security
5. The needs of the Jail.

The levels of classification include Minimum Security, Medium Security (General Population), Maximum, & Administrative Segregation.

An inmate's classification status may change and the inmate may be moved to another area of the facility at the discretion of the Case Manager.  Inmates are given

6

10. Regardless of your inmate status, you are not permitted to sell any services to another resident.  <u>Rule M-21 Class 1, 2 & 3.</u>

11. Having any form of weapon in your possession or on your person is a serious offense and will be treated as such.  <u>Rule M-6 Class 1, 2, 3 & 4.</u>

12. At no time will an inmate have authority over another inmate. Staff is in total charge of the facility and inmates are to follow all directions from staff.

13. The administration may suspend an inmate's visiting privileges for cause, at the time of a violation.  <u>Rule M-11 Class 1, 2 & 3.</u>

14. Your visitors may leave funds for you at the Control Office. However, this must be in the form of a money order.

15. No inmate is permitted to change his/her bunk assignment unless authorized. <u>Rule M-8 Class 1 & 2.</u>

16. **ALL INMATES ARE TO REMAIN IN THEIR BUNK UNTIL COUNT IS CLEARED.** All count times and count clearances will be announced.  <u>Rule M-13 Class 3.</u>

17. Lights out is at 10:30 P.M. After lights out, inmates in dormitory housing units are permitted to leave their bunks only to use the bathroom.  <u>Rule M-13 Class 1.</u>

18. Recreation hours are posted. Everyday outside recreation is at the discretion of deputies and depends on manpower and weather.

19. No inmate is permitted to engage in fraternization or a personal relationship with staff members at any time during his/her confinement at the jail.  <u>Rule o-1 Class 1 & 2.  Rule M-15 Class 5, 6 & 7.</u>

20. It is the responsibility of the Park County Jail to maintain safety and security in the facility. Assaultive, combative, disruptive, resistant, and disrespectful inmates, whose combination of words and actions may present a physical threat to themselves or others may be subject to the USE OF FORCE and/or PHYSICAL RESTRAINTS. Staff response is never used as a form of punishment.

21. Inmates are not allowed to sit or stand in or around doorways.

22. <u>Privileges may be granted or removed by the Facility based on disciplinary, security, or emergency situation/needs. Examples are attendance in programs, recreation inside and outside, access to reading materials, visitation, and participation in the Inmate Worker Programs.</u>

5

Individuals who have been incarcerated in the Park County Jail with in the past year will not be permitted visitation with current residents of the facility.

## PROGRAMS AND SERVICES

Various programs and activities are available to you. Availability of certain programs is dependent on your custody status. AA is announced weekly. Sign up lists for regular classes are posted on Pod doors. All treatment programs are a privilege.
Classes such as...
- Anger Management,
- Life Skills,
- Parenting, and
- Alcoholics Anonymous, are available.

RELIGIOUS SERVICES: Religious opportunities are provided for you on an ongoing basis. Bibles are available upon request; you may write a kite to the Case Manager.

NOTARIES: Notary services are available free of charge, within a reasonable time period and are provided for legal documents relating specifically to your court case. All other items including power of attorney, divorce, marriage applications and vehicle impound releases will not be permitted. You must submit a kite to staff for Notary Services.

*Per LAWSUIT*

## LAW LIBRARY

**Staff Members Will Give No Legal Advice To Any Inmate.**
The Law Library is located off the Multi-Purpose Room (MPR) and is open from 0800-2200 daily except during lockdown periods. Access to the Law Library is accomplished by submission of a kite to staff who will schedule you into the Law Library. Your scheduled time will be given to you via your returned request kite. Each inmate is allowed one (1) hour a day Law Library time if you are pro se. If additional time (more than five hours per week) is required you may submit your request by submission of a kite to staff

LAW LIBRARY COMPUTER: To use the computer, make out a request on a kite and send it to the Detention Deputies. (ICE USE ONLY) *No Computer on Site.*

Case management will provide non-advisory legal assistance using Colorado Revised Statutes (.10 per copy): Park County Combined Court legal library (.50 per copy in advance plus mileage—minimum deposit of $20 per items required). Writs and other general documents can be sent to court on regular paper. Indigent inmates can obtain envelopes for legal purposes from Staff or the Case Manager. All mail must be clearly marked "LEGAL MAIL" on the envelope. The envelope will be stamped for indigent inmates. Kites shall be used for requesting legal reference materials not maintained in the law library as well as notifying staff that library materials are missing or damaged.

*We are refused all legal help/ LAW LIBRARY ACCESS.*

## PHOTOCOPYING

Photocopies are available from the Law Library under the following conditions: (all copies are subject to approval by Administration).

19

1. The request must be written specific to a legal document necessary for presentation to the courts, or other legal proceedings.
2. You must be pro se (representing yourself) in proceedings for which the documents are photocopied.
3. The cost is $.10 per page. Those classified as indigent with an account balance of 0.00 for more than thirty (30) days may have copies with the approval of Administration.

For most documents, including a writ of Habeas Corpus, one copy needs to be sent to the court and one to the prosecuting attorney.

Procedures for copies: Submit a kite to the Case Manager. Identify the materials to be copied. Give the total number of pages to be copied. Before approval can be given for photocopies, you must have money on your books; the request is subject to approval by Administration. Unreasonable or burdensome requests, which ask for an excessive volume of copies, or require time consuming handling, will be denied.

If you want additional photocopies, you can mail your documents to a family member or friend. Postage will be charged according to the weight of the letter.

FAX: FAX services are available through Case Management. Cost will be $1.00 per page, received or sent.

**WHEN SUBMITTING COPIES FOR FAXING OR PHOTOCOPYING, YOU HAVE NO EXPECTATIONS OF PRIVACY. WE WILL NOT PHOTOCOPY OR FAX A DOCUMENT WITHOUT KNOWING THE CONTENTS.**

### RECREATION

Space has been provided for recreation activity. Recreation is permitted six days a week. When weather and schedule permits, you are allowed one hour per day of physical exercise and recreation, with a minimum of 15 minutes of that hour in the outside yard when staffing/weather permits. Scheduled times for each housing unit are on a rotational basis each week. Recreation Hours commence at 0800 daily and continue until all housing units have been offered recreation. Recreation hours will not conflict with meal hours. Recreation hours are posted in all housing units.

### INMATE WORKER PROGRAM

To apply to be an inmate worker, the following criteria must apply:
1. Incarcerated at Park County Jail
2. Fill out an Inmate Worker Application
3. Be willing to work, and get along with all inmates
4. Be willing to follow directions and get along with staff
5. Be approved by Supervisor, health services, and the Worker Officer.
6. Inmates must have an acceptable criminal history.

Inmate workers have some freedom and privileges that other inmates do not have. Park County inmates sentenced with Park County that are working may receive good time in exchange for work performed. All other inmate workers may receive good time in

20

EVERETT KLOMANN
PARK COUNTY JAIL
P.O. BOX 965 - D-POD
FAIRPLAY - COLORADO
80440

"LEGAL MAIL"

"LEGAL MAIL"

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19th St., ROOM A105
DENVER, COLORADO 80294-3589

"LEGAL MAIL"



LEGAL MAIL DO NOT OPEN

LEGAL MAIL DO NOT OPEN