January 29, 18

Honorable Gordon P. Gallagher, sir;

I am writing to you in regards to civil case # 18-CV-00026-G.P.G. On 1-17-2018, I recieved the request from the court to file an amended prisoner complaint, and I have done so to the best of my ability, your honor.

I am writing this short note to you, sir, in hopes of a quick explanation of my legal circumstances.

I have not been allowed to use the law library here at county jail in Fairplay since Captain Dan Muldoon realized my legal intentions. I have done my very best to provide a short, accurate detail in my amended complaint, and I sincerely hope to meet your generous expectations in this matter, sir.

I apologize for my ignorance of proper civil procedure, and once again wish to thank the court for patience and much needed recommendations in my civil case.

Highest Regards,
Everett M. Klomann
Everett M. Klomann