OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

Everett Miles Klomann
#0026312
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440

18-cv-26-GPG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2018

JEFFREY P. COLWELL
CLERK

docs. 9+10

RECEIVED
MAY 07 2018
PARK COUNTY SHERIFF'S OFFICE

NIXIE
BC: 802 9425 0099
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 80294250099   8605/15/18
0159N130231-01573

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2018

JEFFREY P. COLWELL
CLERK